UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NUNO,<br><br>           Plaintiff,<br><br>    v.<br><br>JANAE REYES, et al.,<br><br>           Defendants. | No. 1:18-cv-00263-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

On July 5, 2018, Plaintiff filed a Notice of Dismissal, in which Plaintiff notifies the Court of the dismissal of this action without prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **July 9, 2018**                   /s/ *Sheila K. Oberto*    
                                                                           UNITED STATES MAGISTRATE JUDGE